# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

144007

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARK JOEL HENNING,
      Plaintiff-Appellee,

v

CATHY SUE HENNING,
      Defendant-Appellant.

SC: 144007
COA: 302452
Lenawee CC: 95-016651-DM

_____/

On order of the Court, the application for leave to appeal the September 26, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

h0227